**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| Dr. Adnan Haider | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. DKC 06-CV-1874 |
| | ) | |
| AvalonBay Communities, Inc., *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE
OF CLAIMS AGAINST AVALONBAYCOMMUNITIES, INC.**

Plaintiff has previously dismissed his claims against Defendant Fair Collections & Outsourcing, Inc. Plaintiff's claims against the remaining defendant, AvalonBay Communities, Inc., arise under state law only. Accordingly, Plaintiff hereby dismisses his claims against AvalonBay Communities, Inc., without prejudice.

Dated: September 14, 2006			Respectfully submitted,


			/s/ Michael Selter
			Michael H. Selter (Federal Bar No. 014316)
			MANELLI DENISON & SELTER PLLC
			2000 M Street, N.W., Suite 700
			Washington, D.C.  20036
			(202) 261.1000 (tel.)
			(202) 887.0336 (fax)

			Attorneys for Plaintiff Adnan Haider

**CERTIFICATE OF SERVICE**

I, Michael H. Selter, hereby certify that on September 14, 2006, I caused the foregoing Notice of Plaintiff's Dismissal Without Prejudice of Claims Against AvalonBay Communities, Inc., to be served by the Court's ECF system upon:

>Irwin S. Kramer Esq.
>James M. Connolly, Esq.
>Kramer & Connolly, P.C.
>Suite 211
>500 Redland Court
>Owings Mills, Maryland 21117

and by U.S. first class mail, postage prepaid on:

>AvalonBay Communities, Inc.
>c/o The Corporation Trust, Inc.
>300 E. Lombard Street
>Baltimore, Maryland 21202

>_____s/ Michael Selter_____